**FOR CALENDAR YEAR 2005**

*in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Webber, E. Richard | Eastern District of Missouri | 05/03/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court <br> 111 S. Tenth St., Suite 12 S <br> St. Louis, MO 63102 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Eureka Land Company (see VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Missouri State Judicial Retirement | $ 47,752.22 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Rockwood School District - Teacher |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. David C. Pratt | St. Louis Cardinals Baseball Tickets | $ 660.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank Star One | Mortgage on Condominium #421 | L |
| 2. U.S. Bank | Mortgage on Condominium #151 | L |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds | A | None | J | T | | | | | |
| 2. Transamerica | A | Dividend | J | T | | | | | |
| 3. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 4. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 5. State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 6. Jefferson Pilot | A | Dividend | J | T | | | | | |
| 7. Penn Mutual Life Ins. | A | Dividend | K | T | | | | | |
| 8. Savings Acct U.S. Bank | A | Interest | J | T | | | | | |
| 9. Allianz Life Ins. Co. (2 accounts) | A | Dividend | J | T | | | | | |
| 10. Penn Mutual Life Ins. | A | Dividend | J | T | | | | | |
| 11. Investment Co. of America | A | Dividend | K | T | | | | | |
| 12. State Teacher Retirement | D | Interest | L | T | | | | | |
| 13. Commerce Bank/Savings | A | Interest | J | T | | | | | |
| 14. Commerce Bank/Savings | A | Interest | J | T | | | | | |
| 15. Pimco Renaissance Class C | A | Dividend | | | sell | 12/06 | J | A | |
| 16. Davis N.Y. Class C | A | Dividend | J | T | | | | | |
| 17. Oppenheimer Global Class C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Seligman Small Cap Class C | A | Dividend | | | sell | 12/06 | J | A | |
| 19. American Growth Fund - Class C (see VIII) | A | Dividend | J | T | | | | | |
| 20. Condominium Lake Ozark, MO | D | Rent | L | W | | | | | |
| 21. Royal Alliance - Sun America Trust | B | Dividend | K | T | | | | | |
| 22. Federated Kaufmann small cap | A | Dividend | J | T | | | | | |
| 23. Federated Kaufmann small cap | A | Dividend | J | T | | | | | |
| 24. Lincoln Financial Group | A | Dividend | J | T | | | | | |
| 25. Oppenheimer Capital Income Fund (see VIII) | A | Dividend | J | T | | | | | |
| 26. Lincoln Financial Group - American Legacy III-I | A | Dividend | J | T | | | | | |
| 27. Lincoln Financial Group - American Legacy III-2 | A | Dividend | J | T | | | | | |
| 28. Bank of Kirksville - CD #1 | A | Interest | K | T | | | | | |
| 29. Bank of Kirksville - CD #2 | A | Interest | J | T | | | | | |
| 30. Bank of Kirksville - CD #3 | A | Interest | J | T | | | | | |
| 31. Bank of Kirksville - CD #4 | A | Interest | J | T | | | | | |
| 32. Bank of Kirksville - CD #5 | A | Interest | J | T | | | | | |
| 33. Bank of Kirksville - CD #6 | A | Interest | J | T | | | | | |
| 34. Franklin Templeton US Gov't Sec. Fund-Class A (see VIII) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Webber, E. Richard | 05/03/2006 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 1/2 interest in real estate / Scotland County, Missouri | B | Inheritance | M | W | | | | | |
| 36. Franklin Templeton Funds MO Tax Free Income Fund | A | Dividend | K | T | | | | | |
| 37. Federated Stock and Muni Advantage Fund | A | Dividend | J | T | | | | | |
| 38. Thornburg Limited Term Municipal Fund Class A | A | Dividend | J | T | | | | | |
| 39. Blanchard | A | Dividend | J | T | | | | | |
| 40. Federated Growth Strategies | A | Dividend | J | T | | | | | |
| 41. AG Edwards - St. Charles Co. Transp. Munipal Tax Free Bond | A | Bond | K | T | | | | | |
| 42. American Balanced Fund - Class C | A | Dividend | J | T | | | | | |
| 43. Condominium Lake of the Ozarks ▓▓▓ | | None | | | Buy | 02/28 | M | D | Paubel |
| 44. Penn Mutual Life Ins. (See VIII) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I:
 In 1972, five individuals purchased land in Scotland County, Missouri, for a total price of $10,000 ($2,000 each). I have no active business participation in this real estate.

Section VII:
American Growth Fund - Class C, line 19 - Entry on last year's report reflected sale of this fund. Entry was a partial sale, there remains a balance of $269.10.

Oppenheimer Capital Income Fund, line 25 - Name mispelled on last year's report as "Trust" instead of Fund.

Franklin Templeton US Gov't Securities Fund, Class A, line 34 - Misquoted on last year's statement with Value Code of "L."

Penn Mutual Life Insurance, line 44 - This third Penn Mutual Life Insurance policy was indadvertently omitted from previous reports

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date May 3, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544